

Mike S. DeLeo
Attorney
mdeleo@prklaw.com

1850 Skyline Tower
10900 NE Fourth Street
Bellevue, WA 98004-8341
Tel: 425.462.4700
Fax: 425.451.0714
www.prklaw.com

December 7, 2023

**VIA ECF**

The Honorable Christopher M. Alston
United States Bankruptcy Judge
700 Stewart Street, Room 7206
Seattle, WA 98101

Re:   *Kristi's Grooming LLC,* Bankruptcy Petition No. 23-11990-CMA
       Telephonic Appearance Request

Dear Judge Alston:

A hearing is currently set for Thursday, December 14, 2023, at 11:00 a.m. in the above-captioned case with respect to the Status Conference Hearing (Dkt No. 7). Although I would prefer to appear in person, I will be out of town on a pre-planned trip. I therefore request permission to participate telephonically.

Thank you for your consideration.

Sincerely,

PETERSON RUSSELL KELLY LIVENGOOD PLLC

Mike S. DeLeo